UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619

In Re:  Jerry & Hester Tyler

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-17138
Chapter 13
Judge:   Kaplan

# ORDER EXPUNGING/REDUCING OR MODIFYING CLAIM
## OF THE SHELLPOINT MORTGAGE

The relief set forth on page numbers two (2) through (2) is hereby **ORDERED.**

**DATED: December 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 15-17138 (MBK)
Caption: Order Expunging/Reducing or Modifying Claim of Shellpoint
Page 2

THIS MATTER having been opened to the Court upon the motion of Kevin Fayette, attorney for the Debtor for an Order Expunging/Reducing or Modifying the Claim of the Shellpoint in this bankruptcy case, and the Court having considered the moving papers and all objections, if any, filed with respect thereto; and a hearing in this matter having been conducted before the Court, and on the basis of the record established in this matter and good and sufficient cause having been shown for an entry of this Order, it is

**ORDERED,** that, the arrearage portion of claim of Shellpoint is reduced to zero.