UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Quigley & Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619

In Re:  Jerry & Hester Tyler

Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-17138
Chapter 13
Judge:   Kaplan

# ORDER EXPUNGING/REDUCING OR MODIFYING CLAIM
## OF THE SHELLPOINT MORTGAGE

The relief set forth on page numbers two (2) through (2)  is hereby **ORDERED.**

**DATED: December 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 15-17138 (MBK)
Caption: Order Expunging/Reducing or Modifying Claim of Shellpoint
Page 2

      THIS MATTER having been opened to the Court upon the motion of Kevin Fayette, attorney for the Debtor for an Order Expunging/Reducing or Modifying the Claim of the Shellpoint in this bankruptcy case, and the Court having considered the moving papers and all objections, if any, filed with respect thereto; and a hearing in this matter having been conducted before the Court, and on the basis of the record established in this matter and good and sufficient cause having been shown for an entry of this Order, it is

      **ORDERED,** that, the arrearage portion of claim of Shellpoint is reduced to zero.

United States Bankruptcy Court
District of New Jersey

In re:  
Jerry Tyler  
Hester D. Tyler  
    Debtors

Case No. 15-17138-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2017  
                                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db/jdb        +Jerry Tyler,   Hester D. Tyler,   40 Holyoke Lane,   Willingboro, NJ 08046-1762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-8 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Kevin C. Fayette    on behalf of Debtor Jerry  Tyler lawoffices@quigleyfayette.com  
         Kevin C. Fayette    on behalf of Joint Debtor Hester D. Tyler lawoffices@quigleyfayette.com  
                                                                                                             TOTAL: 6