**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jerry Tyler | Social Security number or ITIN    xxx–xx–1929 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Hester D. Tyler | Social Security number or ITIN    xxx–xx–7422 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    15–17138–MBK

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerry Tyler                                      Hester D. Tyler

<u>1/19/18</u>                                      **By the court:** <u>Michael B. Kaplan</u>
                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17138-MBK
Jerry Tyler                                                           Chapter 13
Hester D. Tyler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 19, 2018
                             Form ID: 3180W        Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb          +Jerry Tyler,    Hester D. Tyler,    40 Holyoke Lane,    Willingboro, NJ 08046-1762
cr              +The Bank of New York Mellon fka The Bank of New Yo,     c/o Deily, Mooney & Glastetter, LLP,
                  8 Thurlow Terrace,    Albany, NY 12203-1006
515457333       +Larchmont Medical Imaging,    1295 Route 38 West,    Hainesport, NJ 08036-2702
515457334        Lourdes Medical Center of Burlington Cty,    Patient Financial Services,    P.O. Box 822112,
                  Philadelphia, PA 19182-2112
516561311        MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826,
                 MTGLQ Investors,L.Pc/oShellpointMortgage,    PO Box 10826,    Greenville, SC  29603-0826
516561310        MTGLQ Investors,L.Pc/oShellpointMortgageServicing,    PO Box 10826,    Greenville, SC  29603-0826
515457335       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,
                  Highlands Ranch, CO 80129-2386
516560669        THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                  Greenville, SC 29603-0826
516560670       +THE BANK OF NEW YORK MELLON,    c/o Shellpoint Mortgage Servicing,    PO BOX 10826,
                  Greenville, SC 29603-0826,    THE BANK OF NEW YORK MELLON,
                  c/o Shellpoint Mortgage Servicing 29603-0826
515648150       +The Bank of New York Mellon Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 20 2018 00:31:15     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 20 2018 00:31:12     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515457336        E-mail/Text: bknotices@conduent.com Jan 20 2018 00:32:14     US Department of Education,
                  501 Bleeker Street,    Utica, NY 13501
                                                                                         TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Ste. 300,
                  Highlands Ranch, CO 80129-2386
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-8 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin C. Fayette   on behalf of Debtor Jerry  Tyler kfayette@kevinfayette.com
          Kevin C. Fayette   on behalf of Joint Debtor Hester D. Tyler kfayette@kevinfayette.com
                                                                            TOTAL: 6