Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.:  15–17138–MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jerry Tyler | Hester D. Tyler |
| 40 Holyoke Lane | 40 Holyoke Lane |
| Willingboro, NJ 08046 | Willingboro, NJ 08046 |

Social Security No.:
  xxx–xx–1929                                   xxx–xx–7422

Employer's Tax I.D. No.:

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 20, 2018</u>                <u>Michael B. Kaplan</u>
                                                Judge, United States Bankruptcy Court